CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 09 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| IN THE MATTER OF THE SEARCH OF: (1) 603 MADISON ST., APT. B-6, RADFORD, VIRGINIA 24141; (2) A 2016 CADILLAC ATS, VA. LICENSE PLATE UTC6854, VIN NUMBER 1G6AH5RXXG0107175; AND (3) THE PERSON OF MARK T. TAYLOR, DOB 08/07/1963; SSN: XXX-XX-9628. | Misc. No. 7:19-mj86<br><br>**UNDER SEAL** |
|---|---|

**MOTION TO SEAL**

Comes now the United States of America, by counsel, and moves the court to place and maintain the above-captioned search warrant and all accompanying documents under seal in order to prevent the disclosure of information relating to an ongoing criminal investigation. The United States requests that the search warrant and all accompanying documents be placed under SEAL until an indictment is returned in this matter or until further order of the court.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

[signature]

M. Coleman Adams
Assistant United States Attorney
VA State Bar No. 76450
U.S. Attorney's Office
310 First St., S.W., Ste. 906
Roanoke, Virginia 24011
540-857-2250 (phone)
540-857-2614 (fax)
Coleman.Adams@usdoj.gov